Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Ian C. Beck, Bar #035599
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7876
jpopolizio@jshfirm.com
jackerman@jshfirm.com
ibeck@jshfirm.com

Attorneys for Defendant City of Glendale,
Lawrence Gonzalez and Rick St. John

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Brown, an Arizona resident and unmarried man,<br><br>Plaintiff,<br><br>v.<br><br>City of Glendale, an Arizona Municipality; Lawrence Gonzalez and Jane Doe Gonzalez, husband and wife; Rick St. John, an Arizona resident in his official capacity as Chief of Police of the Glendale Police Department; John Does I-X; and Jane Does I-X,<br><br>Defendants. | NO. 2:18-cv-01267-DWL<br><br>**DEFENDANTS' MOTION TO FILE MOTION FOR SUMMARY JUDGMENT AND EXHIBITS UNDER PARTIAL SEAL** |

Pursuant to the Court's Order denying Defendants' Motion for Leave to File their Motion for Summary Judgment Under Seal (Doc. 85), Defendants move for leave to file the Motion for Summary Judgment and exhibits thereto under partial seal. In its Order, the Court noted that sealing a judicial record required the moving party to "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure . . . ." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citations omitted). Therefore, the Court Ordered that to the extent a subsequent motion is filed, Defendants ought to

8117702.1

specifically describe each document they wish to seal and the compelling reasons that justify sealing those documents.

In this Motion, Defendants seek the Court's leave to redact certain portions of Defendants' Motion for Summary Judgment and the Court's leave to file Exhibit 7 of the Motion for Summary Judgment under seal. Exhibit 7 is a transcript of the grand jury testimony offered by Officer Lawrence Gonzalez on April 14, 2014. That testimony is quoted in portions of Defendants' Motion for Summary Judgment and Defendants seek the Court's leave to redact that quoted testimony.

The most compelling reason to redact and seal these portions of the Motion is that an Arizona statute and a previous Court Order compel Defendants to do so. A.R.S. § 13-2812 states that a person "commits unlawful grand jury disclosure if the person knowingly discloses to another the nature or substance of any grand jury testimony . . ." In light of that statute, this Court issued a previous Order requiring that the grand jury transcript "be kept confidential." [Doc. 34 at 11]. To comply with the statute and with the Court's confidentiality Order, Defendants seek to redact and seal quoted testimony from the grand jury transcript and the transcript itself.

Therefore, pursuant to LRCiv 5.6, Defendants move this Court for an order directing the Clerk of the Court to file an unredacted version of the Motion for Summary Judgment under Seal to facilitate the Court's review of proposed redactions. Further, pursuant to LRCiv 5.6, Defendants move this Court for an order directing the Clerk of the Court to file Exhibit 7 to Defendants' Motion for Summary Judgment under seal.

DATED this 3rd day of January 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ian C. Beck
Joseph J. Popolizio
Justin M. Ackerman
Ian C. Beck
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant City of Glendale, Lawrence Gonzalez and Rick St. John

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I hereby certify that on this 3rd day January 2020, I caused the foregoing document to be served on counsel via U.S. Mail and Email:

Antonio Brown
20280 N. 59th Avenue, Suite 115-716
Glendale, Arizona 85308
coachantoniobrown@gmail.com

Antonio Brown
5020 West Thunderbird Rd., Apt. 180
Glendale, Arizona 85306

/s/   Lisa Drapeau

8117702.1

3